UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION A/S/O THE CITY OF GREENVILLE, OHIO<br>    Plaintiff(s)<br>v.<br><br>MV TRANSPORTATION, INC. ET AL.<br>    Defendant(s) | Civil Action No: 3:13-CV-16 |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY DEADLINES

The Joint Motion to Extend the Discovery Deadlines is GRANTED. The discovery deadlines are hereby extended as follows:

| | |
|---|---|
| Plaintiff(s) to Defendant(s): Expert Reports | 6/20/2014 |
| Defendant(s) to Plaintiff(s): Expert Reports | 7/18/2014 |
| Deposition of Plaintiff's experts by: | 8/28/2014 |
| Deposition of Defendants' experts by: | 9/26/2014 |
| Rebuttal Expert(s): | 8/1/2014 |
| Requests for admissions: | 8/16/2014 |
| Cut-off **DEADLINE** for discovery: | 10/1/2014 |
| Status Conference following discovery deadline to explore ADR options: | 10/8/2014 at 5:00pm |
| Cut-off date for filing of motions for summary judgment: | 10/31/2014 |
| Cut-off date for all other pretrial motions, ie., motions in limine, motions for a view, etc. | 11/28/2014 |
| Joint Final Pretrial Order by parties to be file no later than: | 12/15/2014 |

| | |
|---|---|
| Trial Exhibits to be exchanged by: | 1/31/2015 |
| Final Pretrial Conference to be held: | |
| By Telephone Conference Call on: | 2/18/2015 at 5:00pm |
| Trial on the merits, | |
| To a Jury, beginning: | 3/2/2015 |

_____
UNITED STATES DISTRICT JUDGE

cc:
Richard J. Boyd, Jr., Esquire
Michael DeWitt, Esquire
Jason A. Golden, Esquire
Christine Carey Steele, Esquire
Jonathan Wayne Philipp, Esquire